United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TABERATHA WIMBLEY, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:24-CV-03992 |
| WEST LAW GROUP PLLC, *et al.*, | | |
| Defendants. | | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON March 24, 2025 at 9:30 AM**

Appearances:            Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | April 17, 2025 |
| New parties/class allegations by: | None |
| Discovery to be completed by: | December 30, 2025 |
| Dispositive motions due by: | January 20, 2026 |
| Docket call to be held at 11:30 AM on: | April 6, 2026 |
| Estimated trial time: 5-8 hours | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on March 24, 2025, at Houston, Texas.

                                              Kenneth M. Hoyt
                                              United States District Judge