UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TABERATHA WIMBLEY,<br>    PLAINTIFF<br>V.<br><br>WEST LAW GROUP PLLC AND SCIL TEXAS,<br>LLC D/B/A SPEEDY CASH<br>    DEFENDANTS | CASE NO: 4:24-CV-3992 |

PLAINTIFF'S NOTICE AND STIPULATION OF DISMISSAL OF ALL CLAIMS AND ALL PARTIES

1. Plaintiff Taberatha Wimbley, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendants West Law Group PLLC and SCIL Texas LLC d/b/a/ Speedy Cash with prejudice.

2. Plaintiff is dismissing this action as to all parties and there is no longer a basis for relief against Defendants West Law Group PLLC and SCIL Texas LLC d/b/a/ Speedy Cash at this time.

3. All parties are ready to stipulate to dismissal of the case pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), and further, the parties hereby stipulate to dismissal with prejudice with each party to pay his or its own attorney's fees and costs and requests that a judgment of dismissal with prejudice be entered in the above entitled action.

Respectfully submitted,

*[signature]*

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: courtfilings@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF
Taberatha Wimbley

*/s/ David Hornbeak*

L. Bradley Hancock
State Bar No. 00798238
Brad.Hancock@hklaw.com
David Drew Hornbeak
State Bar No. 24106113
David.Hornbeak@hklaw.com
811 Main Street, Suite 2500
Houston, TX 77002
713-821-7000  (Telephone)
713-821-7001  (Facsimile)
**Attorneys for Defendant**
**SCIL TEXAS, LLC**

/s/ James West

James West

Jim.west@westlawgroup.org

West Law Group PLLC

563 W. Bay Area Blvd. #411

Webster, TX 77598

Ph: 713-266-9090

ATTORNEY FOR DEFENDANT

West Law Group PLLC

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to. All parties through their attorney of record through the ECS system on this, the 5th day of September, 2025.

Amy Beth Clark